DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROLLS-ROYCE, PLC,** a foreign profit corporation,
Appellant,

v.

**SPIRIT AIRLINES, INC.,** a Florida Corporation,
**ROLLS-ROYCE CORPORATION**, a foreign corporation,
**ROLLS-ROYCE NORTH AMERICA, INC.**, a foreign profit corporation,
**IAE INTERNATIONAL AERO ENGINES AG,** a foreign profit entity**,**
**PRATT & WHITNEY,** a division of
**UNITED TECHNOLOGIES CORPORATION,** a foreign profit corporation,
Appellees.

No. 4D17-1215

[October 5, 2017]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE 16-012458.

Stephanie G. Kolman, J. Thompson Thornton, and Clayton W. Thornton of Clyde & Co US, LLP, Miami, for appellant.

Eric D. Griffin, Jr. and Juan R. Serrano of Griffin & Serrano, P.A., Fort Lauderdale, for appellee Spirit Airlines, Inc.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***